## Case No. 15,298.

### UNITED STATES v. The HANNIBAL.·

[Cited in U. S. r. 129 Packages, Case No. 15,-941. Nowhere reported; opinion not on file in clerk's office.]